IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:10CR217 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| LUIS ALBERTO AQUINO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for an extension of time by defendant Luis Alberto Aquino (Aquino) (Filing No.14). Aquino seeks until August 31, 2010, in which to file pretrial motions in accordance with the progression order. Aquino's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted

**IT IS ORDERED:**

Defendant Aquino's motion for an extension of time (Filing No. 14) is granted. Aquino is given until **on or before August 31, 2010,** in which to file pretrial motions pursuant to the progression order.

DATED this 20th day of August, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge